UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: COMPUVAC SYSTEMS, INC.

RICHARD GLANZ,

    Appellant,

v.                                  CASE NO:  8:06-CV-10-T-30EAJ

SHARI STREIT JANSEN, et al.,

    Appellee.
_____/

## ORDER OF DISMISSAL

A review of the file indicates that this case is not being diligently prosecuted. An Order to Show Cause (Dkt. #6) was entered on May 4, 2006, directing the Appellant to file a brief within eleven days or show cause why this action should not be dismissed for failure to file a timely brief. No brief or response has been filed. It is therefore

**ORDERED AND ADJUDGED** as follows:

1)     This cause is dismissed without prejudice.

2)     All pending motions are denied as moot.

3)     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 5, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-cv-10.dismissal.wpd*